FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE LEE GUILLEN-NORMAN, a single man,<br><br>    Plaintiff,<br><br>  v.<br><br>YAKIMA COUNTY, a municipality; YAKIMA COUNTY DEPARTMENT OF CORRECTIONS, a government entity; JEREMY WELCH and JANE DOE WELCH, individually and as a marital community; RHONDA COOK and JOHN DOE COOK, individually and as a marital community; SHERRY LYNN JOHNSON and JOHN DOE JOHNSON, individually and as a marital community; LISA RAPP and JOHN DOE RAPP, individually and as a | No. 1:25-CV-03077-RLP<br><br>ORDER GRANTING MOTION TO DISMISS DEFENDANTS CHERISH A. ABERCROMBIE, RN, BARBARA BARZ, NP, RHONDA COOK, RN, SHERRY LYNN JOHNSON, NP, JULIE A. MCCRAY, LPN, AND LISA RAPP, NP |

ORDER GRANTING MOTION TO DISMISS CERTAIN DEFENDANTS ~ 1

marital community; MICHAEL E. SHANTZ and JANE DOE SHANTZ, individually and as a marital community; CHERISH A. ABERCROMBIE and JOHN DOE ABERCROMBIE, individually and as a marital community; JULIE A. MCCRAY and JOHN DOE MCCRAY, individually and as a marital community; HEATHER MORSE and JOHN DOE MORSE, individually and as a marital community; BARBARA BARTZ and JOHN DOE BARTZ, individually and as a marital community; DOES 1through 50,
  Defendants.,

   Defendants.

Before the Court is a Motion to Dismiss by Defendants Cherish A. Abercrombie, RN, Barbara Bartz, NP, Rhonda Cook, RN, Sherry Lynn Johnson, NP, Julie A. McCray, LPN, and Lisa Rapp, NP. ECF No. 9. There is no opposition from the Plaintiff or from other Defendants who have appeared in this case. ECF No. 11, 12. Having considered the Motion and the files and records herein, the Court finds it is appropriate to grant the Motion.

**Accordingly, IT IS ORDERED:**

1.  The Motion to Dismiss, **ECF No. 9**, is **GRANTED**.

ORDER GRANTING MOTION TO DISMISS CERTAIN DEFENDANTS ~ 2

2.    Plaintiff's claims against Defendants Cherish A. Abercrombie, RN, Barbara Bartz, NP, Rhonda Cook, RN, Sherry Lynn Johnson, NP, Julie A. McCray, LPN, and Lisa Rapp, NP are **DISMISSED with prejudice**.

3.    The Court Clerk is directed to update the caption accordingly.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to counsel.

DATED January 20, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS CERTAIN DEFENDANTS ~ 3