Case 1:25-cv-03077-RLP    ECF No. 17    filed 02/19/26    PageID.497    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE LEE GUILLEN-NORMAN, a single man,<br><br>        Plaintiff,<br><br>   v.<br><br>YAKIMA COUNTY, a municipality; YAKIMA COUNTY DEPARTMENT OF CORRECTIONS, a government entity; JEREMY WELCH and JANE DOE WELCH, individually and as a marital community; DOES 1 through 50,<br><br>        Defendants. | No. 1:25-CV-03077-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE REGARDING DEFENDANTS YAKIMA COUNTY, YAKIMA COUNTY DEPARTMENT OF CORRECTIONS, JEREMY WELCH, JANE DOE WELCH; AND ORDER DIRECTING PLAINTIFF TO SHOW CAUSE REGARDING DOES 1-50 |

    Before the Court is the stipulation of counsel for the plaintiff George Lee Guillen-Norman and counsel for defendants Yakima County and Jeremy Welch and Jane Doe Welch. ECF No. 16. The parties stipulate and agree that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), an Order of Dismissal with Prejudice should be entered as to Plaintiff's claims against Yakima County, Yakima County

ORDER OF DISMISSAL WITH PREJUDICE REGARDING CERTAIN
DEFENDANTS AND ORDER DIRECTING PLAINTIFF TO SHOW CAUSE ~ 1

Department of Corrections and Jeremy Welch and Jane Doe Welch. The Court has reviewed the files and records herein and finds an Order of Dismissal is appropriate.

Upon entry of this Order of Dismissal, the only remaining claims and causes of action will be against Defendants Does 1-50, who have not been identified or served. Rule 4(m) provides that if a defendant has not been served within 90 days after the complaint is filed, the court, after giving notice to plaintiff, must dismiss the action without prejudice or order that service be made within a specified time. "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Within 14 days of the date of this Order, Plaintiff shall explain his efforts to identify and serve Defendants, provide a date by which Plaintiffs expect such identification and service will be completed, or otherwise show cause why this matter should not be dismissed in its entirety. Alternatively, Plaintiff may file a voluntary dismissal.

**Accordingly, IT IS ORDERED:**

1. The stipulated request for an Order of Dismissal, **ECF No. 16**, is **GRANTED**.

2.	Defendants Yakima County, Yakima County Department of Corrections, and Jeremy Welch and Jane Doe Welch are **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

3.	The Court Clerk is directed to update the caption accordingly.

4.	**Within fourteen (14) days from the date of this Order**, Plaintiff George Lee Guillen-Norman is directed to show cause why this action should not be dismissed without prejudice for failure to identify or serve process as to Does 1-50.

5.	**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and provide copies to counsel.

DATED February 19, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE REGARDING CERTAIN DEFENDANTS AND ORDER DIRECTING PLAINTIFF TO SHOW CAUSE ~ 3