FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GEORGE LEE GUILLEN-NORMAN, a single man, | No. 1:25-CV-03077-RLP |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| DOES 1 through 50, | |
| Defendants. | |

On February 19, 2026, the Court issued an order granting dismissal of the Complaint against all named Defendants. ECF No. 17. The order gave Mr. Guillen-Norman 14 days to show cause why this action should not be dismissed without prejudice for failure to identify or serve process as to Does 1-50. More than 14 days have passed and Mr. Guillen-Norman has not shown cause or filed any other documents in this matter. Accordingly, pursuant to Fed. R. Civ. P. 41(b),

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

all claims and causes of action in this matter against the remaining defendants in this matter are dismissed without prejudice.

**IT IS SO ORDERED.** The Court Clerk is directed to enter this Order, provide copies to counsel, and close the file.

DATED May 15, 2026.

_____
REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2